**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

---

**ORDER**

Per Special Order 3-335 issued on September 18, 2019, your case has been transferred to Judge Ada Brown.  All parties are instructed that any existing scheduling orders and deadlines imposed by the previous judge remain in place unless the parties are otherwise notified by this Court.

**SO ORDERED.**

October 8, 2019

Ada Brown
UNITED STATES DISTRICT JUDGE