IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LE-VEL BRANDS, LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | No.  3:19-cv-01097 |
| | § | |
| **BREANN SPECK AND** | § | |
| **MINDI D'ELIA,** | § | |
| | § | |
| *Defendants*. | § | |

## AGREED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND TO ADMINISTRATIVELY CLOSE CASE

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Le-Vel Brands, LLC ("Plaintiff") and Defendants Breann Speck and Mindi D'Elia ("Defendants") respectfully request that the Court enter the attached Agreed Order Extending Temporary Restraining Order and Administratively Closing Case ("Agreed Order").

1.   On May 23, 2019, the Honorable Karen Scholer entered an Agreed Temporary Restraining Order (Doc. #24) against Defendants "to preserve the status quo while the parties conduct a Court-ordered mediation at a mutually convenient time and, if necessary, develop a proposed scheduling order and conduct the preliminary injunction hearing." (Doc. #24).

2.   On September 18, 2019, this case was transferred to the Honorable Ada Brown. (Doc. #26).

3.   Following a mediation with the Honorable Royal Furgeson (ret.) and extensive subsequent negotiations, the parties have agreed to the attached Agreed Order, which would extend the Agreed Temporary Restraining Order until March 15, 2021 and administratively close

the case. When the Agreed Order expires, the parties anticipate filing an Agreed Motion to Dismiss All Claims With Prejudice.

4. As such, the parties respectfully request that the Court enter the Agreed Order to preserve the status quo and to minimize the need for further litigation in this dispute.

        Respectfully submitted,

        /s/ Monica Latin
Monica Latin
Bar No. 00787881
mlatin@ccsb.com
Parker Graham
Bar No. 24087612
pgraham@ccsb.com
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: (214) 855-3000
Fax:  (214) 855-1333

*Attorneys for Plaintiff*

        /s/ Micala Bernardo (with permission)
Marc D. Katz
State Bar No. 00791002
marckatz@dlapiper.com
Micala Bernardo
State Bar No. 24061108
micala.bernardo@dlapiper.com
DLA PIPER LLP (US)
1900 North Pearl St., Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Attorneys for Defendants*